PER CURIAM.
Affirmed. See Royster v. State, 164 So.2d 26 (Fla. 3 DCA 1964); Simpson v. State, 164 So.2d 224 (Fla. 3 DCA 1964); Everett v. State, 161 So.2d 714 (Fla 3 DCA 1964); Crespo v. State, 339 So.2d 697 (Fla 3 DCA 1976); Cappetta v. Wainwright, 203 So.2d 609 (Fla.1967); Belsky v. State, 231 So.2d 256 (Fla. 3 DCA 1970); Brown v. State, 223 So.2d 337 (Fla. 3 DCA 1969); and Ford v. State, 210 So.2d 33 (Fla. 2 DCA 1968).
McCORD, C. J., and SMITH and MELVIN, JJ., concur.